# PD-0619-15

NO. _____

COURT OF APPEALS NO. 06-14-00165-CR

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS

---

BARNEY SAMUEL BRADSHAW,
Appellant/Petitioner

v.

THE STATE OF TEXAS,
Appellee/Respondent

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

---

On appeal from the Sixth Court of Appeals
Texarkana, Texas

FILED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

---

MOTION TO SUSPEND RULE 9.3(b)

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

NOW COMES, BARNEY SAMUEL BRADSHAW, Appellant?Petitioner, in the above styled and numbered cause and moves the Court to suspend Rule 9.3(b) of the Texas Rules of Appellate Procedure. In support of this motion Petitioner shows the Court as follows:

## I.

Petitioner is currently incarcerated in the Mark W. Michael Unit of the Texas Department of Criminal Justice - Institutional Division in Tennessee Colony, Texas.

## II.

Rule 9.3(b) states in pertinent part: "A party must file the original and 11 copies of any document addressed to...the Court of Criminal Appeals..." See **TEX. R. APP. PROC., Rule 9.3(b)**. Petitioner requests stay to file only the original of his Petition for Discretionary Review.

## III.

Due to Petitioner's current incarceration, he is unable to duplicate any documents because he does not have access to a copying machine.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Barney Samuel Bradshaw respectfully requests that the Court suspend Rule 9.3(b) of the Texas Rules of Appellate Procedure in this case.

Respectfully submitted,

BARNEY SAMUEL BRADSHAW
PETITIONER
TDCJ No. 01942978
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served by placing same in the United States Mail, postage prepaid, on the 15th day of May, 2015, addressed to: Rusk County District Attorney and State Prosecuting Attorney.

BARNEY SAMUEL BRADSHAW
PETITIONER

2